```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,      :    CRIMINAL ACTION
        Plaintiff,             :    NO. 11-464
                               :
                               :
                               :
    v.                         :
                               :
MATTHEW KOLODESH,              :
        Defendant.             :
```

**O R D E R**


**AND NOW**, on this **5th day of April, 2011**, upon consideration of the Government's Motion to Disqualify Mark B. Sheppard, Esq. (ECF No. 27), Defendant Kolodesh's Response to the Government's Motion (ECF No. 33), and a hearing on the record (ECF No. 37), it is hereby **ORDERED** that the Government's Motion to Disqualify Mr. Sheppard is **GRANTED**.[1]

It is further **OREDERED** that, as the Court previously suspended the Government's deadline to respond to Defendant's motions challenging the indictment, seeking suppression of

---

[1] Jack J. McMahon, Esq. entered his appearance on behalf of Defendant Kolodesh on February 9, 2012 and avers that he is familiar with the legal and factual circumstances of this case. Mr. McMahon shall continue to serve as Defendant's trial counsel.

1

evidence, or raising any dispositive matters (ECF No. 32), the Government shall have until **April 19, 2012,** to respond to Defendant's motions.

    **AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**